UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:15-cv-00021-JLS-DFM            Date: April 9, 2018
Title: Daniel Fernandez v. California Highway Patrol et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                      Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT**

      On March 12, 2018, the Court issued an order dismissing Plaintiff's § 1983 claim and ordering the parties to show cause why the case should not be remanded. (OSC, Doc. 73.) The Court gave the parties ten days in which to file any response or objection to the OSC. (*Id.*) The Court has received no responses or objections from either party. Accordingly, the Court ORDERS this case REMANDED to the Orange County Superior Court, Case No. 30-2014-00757755-CU-PO-CJC.

                                                           Initials of Preparer: tg